# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**BRIAN GILLESPIE,**
**Plaintiff,**

vs.  Case Number: **06-2120**

**ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL,**
**Defendants.**

☐ **DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff on plaintiff's second amended complaint. Case is terminated.

ENTER this 19th day of August 2008.

s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY: DEPUTY CLERK